PER CURIAM.
Affirmed. See Local No. 234 of United Assoc. of Journeymen v. Henley and Beckwith Inc., 66 So.2d 818, 821 (Fla.1953); Stewart v. Stearns & Culver Lumber Co., 56 Fla. 570, 588, 48 So. 19, 26 (1908); Castro v. Sangles, 637 So.2d 989, 990-91 (Fla. 3d DCA 1994); D & L Harrod, Inc. v. U.S. Precast Corp., 322 So.2d 630, 631 (Fla. 3d DCA 1975); Gonzalez v. Trujillo, 179 So.2d 896, 897-98 (Fla. 3d DCA 1965).